[No. 23610-2-III. Division Three. March 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RYAN IRWIN FAST, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01028-8, Robert G. Swisher and Carrie L. Runge, JJ., entered October 27 and November 17, 2004. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 53366-5-I. Division One. March 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINALD SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-06264-1, Brian D. Gain, J., entered October 20, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Baker and Schindler, JJ. Now published at 132 Wn. App. 592.

[No. 55072-1-I. Division One. March 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILMAN SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-09920-1, Joan B. Allison, J. Pro Tem., entered October 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55558-8-I. Division One. March 27, 2006.]

THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent,* v. LYLE BRANCHFLOWER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-34355-2, Bruce W. Hilyer, J., entered December 14, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, A.C.J., and Grosse, J.